1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  ISIS ALI MALDONADO-SALINAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:16-cr-00113 LJO-SKO-2 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE |
| vs. | ) STATUS CONFERENCE |
|  | ) DATE:  October 17, 2016 |
| ISIS ALI MALDONADO-SALINAS, | ) TIME:   8:30 p.m. |
|  | ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for November 7, 2016 before the Honorable Sheila K. Oberto may be advanced to October 17, 2016 at 8:30 a.m., before the Honorable Lawrence J. O'Neill.

   This advancement of the court date is at the request of the defense as the parties have reached a resolution of the case and Mr. Maldonado-Salinas would like to enter his change of plea.

   / / /

   / / /

   / / /

   / / /

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 12, 2016         By:    /s/ Daniel Griffin
                                       DANIEL GRIFFIN
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED: October 12, 2016         By:    /s/ *Charles J. Lee*
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       ISIS ALI MALDONADO-SALINAS

**O R D E R**

IT IS SO ORDERED.

   Dated:   **October 13, 2016**              /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE