IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00113-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ISIS ALI MALDONADO-SALINAS, | |
| Defendant. | |

The above named defendant having been sentenced on January 30, 2017, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **January 30, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE